FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 17 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:22-cv-00250-KGB

Jury Trial: ☐ Yes  ☐ No
(Check One)

I.  Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: Virlynn Buckley
    ADC # 149514

    Address: 307 maple st Star Ak, 71667

    Name of plaintiff: _____
    ADC # _____

    Address: _____

    Name of plaintiff: _____
    ADC # _____

    Address: _____

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: office Cody Drake

    Position: Deputy

    Place of employment: Star City police Dept

    Address: 300 Drew St Star City Ark 71667

    Name of defendant: office goforth

    Position: Deputy

-4-

Lincln Co Sheriff Dept

Place of employment: ~~one hog creek~~

Address: 30270 Hwy 11 South

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☑ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___   No ✓

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

-5-

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _____
_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

__✓__ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____
      _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____  No __✓__

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____   No ✓

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Verlynia Buckley was shot on 4-11-20 and was rushed to the Jefferson Regional Medical Center and nothing was done about me being shot officer cody Drake and office goforth was on the seen at the time of incident when i got out the hospital office cody Drake met with me about the incident but nothing is being done about it the person that shot me had been in custody and still nothing done an now its been 2 year and i fear for my life. ~~nothing that anything could happen to me so i just want justice~~ I Just want Justice for this and Something done i have not been the same every since it happen.

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to get paid for mental anguish and pain an suffering - And somthing Done about office herresment me in Lincln Co. Sheriff Dept And Star City police Dept

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __3__ day of __11__, 20 __22__.

_____
Signature(s) of plaintiff(s)

Verlynin Buckly
30270 Hwy 11 south
Str City Ark, 71667

LITTLE ROCK AR 720 NEOPOST
14 MAR 2022 PM 4 L   03/14/2022
US POSTAGE $000.73⁰

ZIP 71667
041M11292375

FIRST-CLASS MAIL

**MAIL ORIGINATED FROM CORRECTIONAL FACILITY**

Clerks, office
600 w capitol Ave
Suite-A 149
Little Rock Ark, 72201-3325

72201-339919