# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**VERLYNIN BUCKLEY**                                          **PLAINTIFF**

**v.**                             **Case No. 4:22-cv-00250-KGB**

**CODY DRAKE, Deputy,**
**Star City Police Department;**
**GOFORTH, Deputy, Star City**
**Police Department**                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Verlynin Buckley's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court recommends dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 27th day of June, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge