IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VERLYNIN BUCKLEY**                                                                                    **PLAINTIFF**

v.                              Case No. 4:22-cv-00250-KGB

**CODY DRAKE, Deputy,**
**Star City Police Department;**
**GOFORTH, Deputy, Star City**
**Police Department**                                                                                    **DEFENDANTS**

### ORDER

Before the Court is plaintiff Verlynin Buckley's motion for leave to appeal *in forma pauperis* (Dkt. No. 10). Under 28 U.S.C. § 1915(a)(3), "an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." This Court, in its June 27, 2022, Order and Judgment dismissing Mr. Buckley's complaint, certified that an *in forma pauperis* appeal taken from the Order would not be in good faith (Dkt. Nos. 6, 7). Accordingly, the Court denies Mr. Buckley's motion (Dkt. No. 10).

Within 30 days of the entry of this Order, Mr. Buckley must either: (a) pay to this Court the full $505.00 appellate filing and docketing fee up front; or (b) file a motion and attach a separate affidavit that complies with each mandate of Federal Rule of Civil Procedure 24(a)(1) with the United States Court of Appeals for the Eighth Circuit.

Mr. Buckley is directed to file any future documents or pleadings related to his appeal directly with the United States Court of Appeals for the Eighth Circuit.

So ordered this 20th day of July, 2022.

_____
Kristine G. Baker
United States District Judge